Judgment modified by allowing alimony in the sum of $7,500 per annum, and as so modified affirmed, with costs to the appellant. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [130 Misc. 243.]

KALMAN KLAUSNER, Respondent, v. QUEENS FUR DRESSING CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [130 Misc. 579.]

500 WEST 14TH STREET REALTY CO., INC., Respondent, v. CONRON BROTHERS, a Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MICHAEL COHN, Doing Business, etc., Respondent, v. PERCY KENT and Another, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the verdict was against the weight of the evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SARAH USWALD, Respondent, v. LOUIS MARGOLIS and Another, Appellants, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.

ERNEST KORBEL, as Executor, etc., of LOUISA KORBEL, Deceased, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant, Impleaded, etc.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $8,797.06; in which event the judgment as so modified is affirmed, with costs to the respondent. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GARFORD MOTOR TRUCK COMPANY, INC., Appellant, v. HENRY SPEN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LENA LEFKOWITZ, Appellant, v. SYRACUSE SUPPLY COMPANY, Respondent.— Order reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin and Proskauer, JJ., dissent.

VITO BARATTINO, Appellant, v. U-NEED ICE CO., INC., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BENJAMIN SCHWARTZ, Respondent, v. JOSEPH A. FLANAGAN, Defendant, Impleaded with PHILIP DIAMOND, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of MARY BLOMBERG, Respondent, for the Revocation of Letters Testamentary Issued to ELLEN A. COOK, Appellant, of the Last Will and Testament of ROBERT R. LANGDON, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MICHAEL FALK, Respondent, v. LEO BRAUN, Appellant.— Judgment affirmed,